***IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA***

| | | |
|---|---|---|
| ***United States of America*** | ) | |
| | ) | |
| ***vs.*** | ) | ***Criminal Number 03-25E*** |
| | ) | |
| ***CHERYL TOBIN*** | ) | |

***The above named defendant satisfied the judgment of NOVEMBER 18, 2003 by paying on AUGUST 20, 2007 the full balance due on his/her court ordered:***

___X___ ***Assessment***
_______ ***Fine***
_______ ***Costs***
_______ ***other***

***The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.***

8/24/07

***Deputy Clerk*** ***Date***

U S DISTRICT COURT
CLERK
2007 AUG 24 PM 1:32
FILED